```
FORM BEN-7                          STATE OF ALABAMA
REV. 8-06                  DEPARTMENT OF INDUSTRIAL RELATIONS
                           UNEMPLOYMENT COMPENSATION AGENCY
                             MONTGOMERY, ALABAMA 36131


                       EMPLOYER WAGE REPORT FOR QUALIFYING PERIOD
                         PAYMENTS PENDING FINAL APPROVAL OF CLAIM


                                                    DATE   07/14/08   PAGE 1
      ERIKA L ROLLINS                               SSN XXX-XX-2510
      523 33RD AVE                                  CLAIM DATE  07/06/08
      TUSCALOOSA         AL 35401                       6002

                                  BASE PERIOD WAGES

   EMPLOYER         APR-JUN 07   JUL-SEP 07   OCT-DEC 07   JAN-MAR 08   EMP-TOT
                   ---------------------------------------------------------------
   SOUTHEAST AP
   00-225551-00        WIL          WIL          WIL          WIL
      SIC6531       6,074.45     6,046.04     7,593.10     6,383.39     26,096.98

   WC DIXON TIR
   00-288556-56        WIL
      SIC0000       3,903.30         .00          .00          .00      3,903.30




                   ---------------------------------------------------------------
   QUARTER TOTALS   9,977.75     6,046.04     7,593.10     6,383.39     30,000.28
                                                                       ==============
                                                                        TOTAL WAGES

      WEEKLY BENEFIT AMOUNT - 255.00    MAXIMUM BENEFIT AMOUNT - 6,630.00

   MESSAGE   THE WEEKLY CERTIFICATION PROCESS CAN NOW BE COMPLETED
             ONLINE AT DIR.ALABAMA.GOV. THERE, CLICK ON 'UNEMPLOYED
             WORKERS' AND FOLLOW THE ONSCREEN INSTRUCTIONS TO
             CONVENIENTLY COMPLETE YOUR WEEKLY REPORTING REQUIREMENT.


      AVERAGE OF TWO HIGH QUARTERS = $    8,785.42         MAILED    07/14/08
      REDET DATE   00/00/00  REDET CODE 0
   ****************************************************************************

   REVIEW CAREFULLY TO ENSURE ALL EMPLOYERS FOR WHICH YOU WORKED DURING THE
   INDICATED PERIOD ARE LISTED AND CONFIRM THAT THE WAGES ARE CORRECT. IF THERE
   ARE ANY ERRORS, CALL THE INQUIRY LINE AT 800-361-4524. FOR FURTHER EXPLANATION
   OF THIS STATEMENT & APPEAL RIGHTS SEE YOUR 'BENEFIT RIGHTS AND RESPONSIBILITIES'
   BOOKLET. DO NOT DISCARD THIS FORM AS THERE IS A CHARGE FOR ADDITIONAL COPIES.
```