Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

0970083

*Changed
06/19/09
AEH*




Mailed From:
06/16/2009
031A 00051

ROLLINS, ERIKA L
523 33RD AVENUE
TUSCALOOSA, AL 35401

35401-1441
35402@0588

352 D6E 1 509I 86 06
RETURN TO SENDER
ROLLINS ERIKA
PO BOX 2175
TUSCALOOSA AL 35403-2175

RETURN TO SENDER

Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

ROLLINS, ERIKA L
P O BOX 2175
TUSCALOOSA, AL 35403